Sarah MATTSON, Appellant,

v.

Daren K. MATTSON, Respondent.

No. WD 71238.

Missouri Court of Appeals,
Western District.

May 18, 2010.

Scott C. Hamilton, Lexington, MO, for appellant.

Daren K. Mattson, respondent, acting pro se.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Sarah Mattson appeals the trial court's judgment in favor of Daren Mattson on her proposal to relocate with the couple's two minor children. She says the court erred in finding that she sought relocation in bad faith and in excluding evidence about domestic abuse as it related to the children's best interests. The judgment is affirmed. Rule 84.16(b).

STATE ex rel. Christopher A. KOSTER, Respondent,

v.

Robyn L. BONSTELL, Appellant.

No. WD 71635.

Missouri Court of Appeals,
Western District.

May 18, 2010.

Robyn Bonstell, Cameron, MO appellant Acting pro se.

Megan K. Fewell, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES M. SMART, JR., and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Mr. Robyn L. Bonstell appeals a judgment denying a motion to set aside the judgment awarding reimbursement to the State for Mr. Bonstell's incarceration.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).